IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS HERNANDEZ,
    Petitioner,

vs.                              Case No.:  3:05cv53/RV/EMT

WARDEN JOSE M. VASQUEZ,
    Respondent.
_____/

**O R D E R**

    Before the court is Petitioner's Motion for Continuance and Change of Address (Doc. 15). Petitioner states he has been transferred to a federal detention facility in Tallahassee, Florida, that he has not received a copy of Respondent's answer to his habeas petition, and that he requires an extension of time to June 17, 2005 to respond to the answer (*id*.).

    Only four days ago, upon Petitioner's notifying the court that he had been transferred to the Escambia County Jail, this Court ordered Respondent to send a copy of its answer to Petitioner at the Jail and extended the time for Petitioner to file a reply to June 10, 2005 (*see* Doc. 14).  In light of the instant request, the court will vacate that order, order Respondent to send a copy of its answer to Petitioner at his current address, and grant Petitioner an extension of time to file a reply.

    Accordingly, it is hereby **ORDERED**:

    1.    The order of this Court issued May 16, 2005 (Doc. 14) is **VACATED**.

    2.    Respondent shall have **FIVE (5) DAYS** from the date of docketing of this order to provide a copy of its answer (Doc. 11) to Petitioner at the Federal Detention Center, 501 Capital Circle N.E., Tallahassee, Florida  32301-3572.

3.       Petitioner shall reply to the answer on or before **JUNE 17, 2005.**

**DONE AND ORDERED** this 20th day of May, 2005.

>   /s/ *Elizabeth M. Timothy*
>   **ELIZABETH M. TIMOTHY**
>   **UNITED STATES MAGISTRATE JUDGE**