IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS ANGEL HERNANDEZ,
    Petitioner,

vs.                               Case No. 3:05cv53/RV/EMT

JOSE M. VAZQUEZ, Warden,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 30, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 1st day of November, 2005.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **UNITED STATES SENIOR JUDGE**